IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHELLY GROSS,** | : | Civil No. 1:21-CV-2188 |
| **Plaintiff,** | : | |
| v. | : | |
| **PETER CAIRO,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 15th day of September 2022, upon consideration of Defendant Peter Cairo's motion to dismiss the complaint (Doc. 9), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

**IT IS SO ORDERED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge
